1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8937
       Facsimile:  (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9                   UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
10
                            **FRESNO DIVISION**
11

12  LENA MARGARITE BAKER,            )
                                     )   CIVIL NO. 1:10-cv-01380 SMS
13      Plaintiff,               )
                                     )
14          v.                   )   STIPULATION AND ORDER
                                     )
15  MICHAEL J. ASTRUE,               )
    Commissioner of                  )
16  Social Security,                 )
                                     )
17      Defendant.               )
    _____  )
18

19      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days, up to and including May 12, 2011, in which to respond to Plaintiff's Opening Brief.  This extension is being sought because the undersigned counsel for the Commissioner was out of the office from March 18 through April 6, 2011 on medical leave.  Counsel was out of the office several days longer than expected and, upon her return on April 7, 2011, she had to spend time with immediate matters related to the possible Government shutdown, which could begin on April 11, 2011.

26  ///

27  ///

28  ///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly, i.e., Plaintiff shall have 14 days from the date the Commissioner files his brief to file a reply.

Respectfully submitted,

Dated: April 8, 2011

/s/ *Steven G. Rosales*
(As authorized via email)
STEVEN G. ROSALES
Attorney for Plaintiff

Dated: April 8, 2011

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND IT IS SO ORDERED.

Dated:   April 8, 2011           /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE