1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8937
       Facsimile: (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
10
                            **FRESNO DIVISION**
11

12 LENA MARGARITE BAKER,           )
                                   )   CIVIL NO. 1:10-cv-01380 SMS
13         Plaintiff,              )
                                   )
14         v.                      )   STIPULATION AND ORDER
                                   )
15 MICHAEL J. ASTRUE,              )
   Commissioner of                 )
16 Social Security,                )
                                   )
17         Defendant.              )
                                   )
18 _____ )

19     The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the
20 attached Order, that Defendant shall have a SECOND extension of time of 8 days, up to and including
21 May 20, 2011, in which to respond to Plaintiff's Opening Brief. This extension is being sought because
22 the undersigned counsel for the Commissioner is recovering from two orthopedic surgeries one of which
23 has been more complicated than expected. Since returning to the office on April 7, 2011, Counsel has
24 not yet been able to work a full week. She also has four district court briefs due the week of May 9-13
25 and, given the unexpected absences, has been unable to complete the Commissioner's response within
26 the time granted in the Commissioner's first extension.
27 ///
28 ///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly, <u>i.e.</u>, Plaintiff shall have 14 days from the date the Commissioner files his brief to file a reply.

Respectfully submitted,

Dated: May 11, 2011    /s/ *Steven G. Rosales*
(As authorized via email)
STEVEN G. ROSALES
Attorney for Plaintiff

Dated: May 11, 2011    BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

Dated:   May 12, 2011         /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE